IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:20-BK-035776-HWV |
| SHAWN R. FEATHER, | : | CHAPTER 13 |
| DEBTOR | : | |
| SHAWN R. FEATHER, | : | |
| MOVANT | : | RELATED TO DOCKET NO. 4 |
| vs. | : | HEARING DATE & TIME: |
| | : | January 13, 2021, 9:30 AM |
| FIRST CREDIT CORPORATION, | : | |
| FREEDOM MORTGAGE CORP., | : | |
| LVNV FUNDING, LLC., | : | |
| RESPONDENTS | : | FILED PURSUANT TO |
| | : | 11 U.S.C. § 362 (C) (3) |
| And | : | |
| CHARLES J. DEHART, III, ESQ. | : | |
| CHAPTER 13 TRUSTEE, | : | |
| ADDITIONAL RESPONDENT | : | |

## AFFIDAVIT

I, Shawn Feather, being first duly sworn according to law, do depose and state the following:

I have previously filed a Chapter 13 Voluntary Petition with the United States Bankruptcy Court for the Middle District of Pennsylvania at Case No 19-bk-00514. Said case was dismissed on November 25, 2020.

Since the dismissal of my Chapter 13 Bankruptcy case, I have regained full time employment and I am now in a position to fully fund my Chapter 13 plan and make the monthly Trustee and mortgage payments and attend all required meeting of creditors.

Dated: December 18, 2020                    /s/ Shawn R. Feather\_\_\_\_\_
                                             SHAWN R. FEATHER