IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:20-bk-03577 |
| | : | |
| **Shawn R. Feather** | : | Chapter 13 |
| Debtor | : | |
| | : | |
| **Shawn R. Feather** | : | |
| Movant | : | |

## VERIFICATION REGARDING PROOF OF INCOME

I, **Shawn R. Feather,** hereby state as follows:

1. I am a self-employed mechanic and I earn business income in the amount of $4,100.00 per month.

2. My wife lives in the household and is unemployed with no income.

3. I am in the process of filing my 2019 tax return and will provide a copy to the court as soon as it is available.

4. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>January 29, 2021</u>     /s/ **Shawn R. Feather**
                                   **Shawn R. Feather**
                                   Debtor

Case 1:20-bk-03577-HWV    Doc 29    Filed 02/01/21    Entered 02/01/21 09:27:38    Desc
Main Document      Page 1 of 1